FILED
CLERK, U.S. DISTRICT COURT

AUG 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 10-1424M |
| Richard Steven Mendoza, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of **defendant** _____, IT IS ORDERED that a detention hearing is set for **8/19/10** _____, at **9:30** ☒ a.m. / ☐ p.m. before the Honorable **Jacqueline Chooljian** _____, in Courtroom **20**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: **8/16/10**

_____
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Page 1 of 1